UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80158-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARRIN VIRGIL,

Defendant.   /



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on July 1, 2009, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by failing to refrain from violation of the law. On May 20, 2009, in Palm Beach County, Florida, the supervised releasee committed the offense of possession of a firearm during the commission of a felony, contrary to Florida State Statute 790.07(2).

2. Violation of Mandatory Condition, by failing to refrain from violation of the law. On May 20, 2009, in Palm Beach County, Florida, the supervised releasee committed the offense of possession of cocaine, contrary to Florida Statute 893.13 (6)(A).

3. Violation of Mandatory Condition, by possessing a firearm as defined in 18 U.S.C. § 921.

On May 20, 2009, the supervised releasee possessed a .45 Caliber handgun, as evidenced by his arrest by the West Palm Beach Police Department, Case Number 2009-0009322.

4.  Violation of Mandatory Condition, by unlawfully using or possessing a controlled substance.

On May 20, 2009, the supervised releasee was found in possession of cocaine by the West Palm Beach Police Department and charged with possession of cocaine, contrary to Florida State Statute 893.13(6)(A).

5.  Violation of Standard Condition, by associating with persons engaged in criminal activity.

On May 20, 2009, the supervised releasee was located in the apartment of Cordero Leon Royes, B/M, DOB: 03/15/87, located at 533 Plymouth Road, Apartment #5, West Palm Beach, Florida, with Zarnell Fitzgerald, B/M, DOB: 8/16/80, and Andrew Livingston Saunders, B/M, DOB: 01/02/89, who were all charged with possession of a firearm, possession of cocaine, and possession of marijuana by the West Palm Beach Police Department.

6.  Violation of Special Condition, by failing to maintain full-time legitimate employment or being unemployed for a term of more than 30 days.

On or about March 23, 2009, the defendant failed to maintain full time employment and has remained unemployed for a term of more than 30 days.

The Defendant consulted with counsel and admitted to violating conditions 5 and 6 of his

supervised release. The Government will recommend to dismiss violations 1 through 4. The Court found that the Defendant voluntarily and knowingly admitted to violations 5 and 6 of his supervised release. Based upon this finding, this Court recommends to the District Court that DARRIN VIRGIL be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth L. Ryskamp, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2009.

                                                **LINNEA R. JOHNSON**
                                                **UNITED STATES MAGISTRATE JUDGE**

g:      The Honorable Kenneth L. Ryskamp
        Kimberly Abel, AUSA
        Federal Public Defender
        Marseia Roland, USPO